In the Matter of O'Connor Long Island Properties Corporation, Appellant, against Henry E. Bruckman et al., Constituting the State Liquor Authority, Respondents.

Argued February 24, 1942; decided April 16, 1942.

*Milton N. Mound* and *Herbert S. Holiner* for appellant.

*Monroe I. Katcher, II,* and *Francis V. McHugh* for respondents.

*Per Curiam.* No question of the validity of section 113 of the Alcoholic Beverage Control Law (Cons. Laws, ch. 3-B) is before us, since the petitioner-appellant has not given notice of its intention to review the intermediate order of the Appellate Division upholding the provisions of that section. (Civ. Prac. Act, § 580; Cohen, Powers of the Court of Appeals, § 70.)

The appeal should be dismissed, with costs.

LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ., concur.

Appeal dismissed.